IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GERARDO RIOS | § | CASE NO.: 19-34704-H3-7 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | JUDGE:  EDUARDO V. RODRIGUEZ |

## CHAPTER 7 TRUSTEE'S REPORT OF SALE

TO THE HONORABLE U. S. BANKRUPTCY JUDGE, EDUARDO V. RODRIGUEZ:

COMES NOW, Randy W. Williams, Trustee for the estate of Gerardo Rios ("Trustee") and files this *Report of Sale*.  The Trustee sold the estate's interest in real property with the legal description Lot Eleven (11) in block seven (7) of Wood Shadows, Section Two (2), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 156, Page 1 of the map records of Harris County, Texas. (the "Wood Shadows Property") to Gerardo Rios, Sr., Debtor's father, for the sum of $8,000.00 pursuant to that certain Order Granting Trustee's Motion to Sell Real Property Subject to All Liens, Claims, Interests and Encumbrances Under 11 U.S.C. §363 [Docket No. 36].  The net proceeds from the sales were $8,000.00.  The transaction did not close through a title company or attorney, therefore, there is no settlement statement.

Dated: December 10, 2019

Respectfully submitted,

- 1 -

*/s/ Randy W. Williams*
Randy W. Williams, Trustee
State Bar No. 21566850
7924 Broadway, Suite 104
Pearland, TX  77581
281.884.77581


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **_Trustee's Report of Sale_**, has been sent to the office of the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 by United States first class on this the 10th day of December, 2019, unless served via ECF at the time of filing.


**_/s/ Randy W. Williams_**
Randy W. Williams